## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

STEVEN LYNN WICKWARE,           )
                                )
              Plaintiff,         )
                                )
v.                              )         No. CIV-10-456-R
                                )
PHILLIP SMITH, et al.,          )
                                )
                                )
              Defendants.        )

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging a violation of his constitutional rights.  Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Doyle W. Argo for preliminary review.  On December 28, 2011, Judge Argo issued a Report and Recommendation wherein he recommended that Plaintiff's Motion for Partial Summary Judgment as to Defendant Chris Ratliff be denied.  The record reflects that Plaintiff has not objected to the Report and Recommendation nor sought an extension of time in which to object.

Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety, Plaintiff's motion for partial summary judgment is DENIED, and this matter is here remanded to Judge Argo for further proceedings.

IT IS SO ORDERED this 20th day of January, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE